U.S. COURTS

NOV 06 2019

Rcvd_____ Filed KT Time 8:58
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

11-05-2019
1281 N Timothy Ln
Boise, ID 83713
Case #18-01496-JMM

To Whom this may Concern:

I Sharon A. Kennon being in my right mind. Here by ask the court to to remove Erin J. Wynne from my case so I can get a new council to give me the advice that the judge wants me to get. And before they will give me advice Erin has to be off of my case. Plus she has not told me everything from the ~~begining~~ skbeginning that should have been done.

Plus I have had trouble of her not returning my phone calls or showing up in court when she should of done.

And instead of her making a hearing date I had to call Noah Hillen and talk to him plus his attorney which should have been done by her because she was my Council.

Thank You
Sharon A. Kennon